# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **SENTENCING MINUTES** |
| **SAMUEL A. DAVIS** | Case No. 20-cr-0196-bhl-3 |

| | |
|---|---|
| HONORABLE BRETT H. LUDWIG presiding | Time Called: 10:04 a.m. |
| Proceeding Held: 6/4/2021 | Time Concluded: 11:11 a.m. |
| Deputy Clerk: Kristine B. | Court Reporter: John Schindhelm |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Laura Connelly and Leslie Garthwaite |
| SAMUEL A. DAVIS in person and by: | John Sommerville |
| US PROBATION OFFICE by: | Daniel E. Dragolovich |

The parties have no objections to the factual statements in the PSR or the application of the guidelines to the PSR.

The Court adopts the factual statements and guideline application as set forth in the PSR.

The Court also imposes a below-guideline sentence as a variance from the guideline range for the reasons stated on the record.

- ☒ The government presents sentencing argument: 17 months, 2 years supervised release, and pay $102,500 in restitution.
- ☒ Defendant exercises right of allocution.
- ☒ The government dismisses count 12.
- ☒ The defendant presents sentencing argument: below guideline range.
- ☒ The court imposes sentence.
- ☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:** 6 Months as to Count 1 of the Indictment
**Supervised Release:** 2 Years as to Count 1 of the Indictment

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00 due immediately

**Fine:** $ ☒ fine waived

**Restitution:** $ 102,500.00 ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☒ Restitution is **joint and several** with Thomas Smith (20-cr-0196-1) and Stephen Smith (20-cr-0196-2).

**CUSTODY**

☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.

☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.